**DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY**

| Case ID# | Action Stamp | Fee Stamp |
|---|---|---|
| A# | | |
| G-28 or Volag # | | |

Section of Law:
- ☐ 201 (b) spouse  ☐ 203 (a)(1)
- ☐ 201 (b) child   ☐ 203 (a)(2)
- ☐ 201 (b) parent  ☐ 203 (a)(4)
- ☐ 203 (a)(5)

AM CON: _____

Petition was filed on: _____ (priority date)
- ☐ Personal Interview        ☐ Previously Forwarded
- ☐ Pet.☐ Ben. "A" File Reviewed   ☐ Stateside Criteria
- ☐ Field Investigations      ☐ I-485 Simultaneously
- ☐ 204 (a)(2)(A) Resolved    ☐ 204 (h) Resolved

Remarks:

## A. Relationship

1. The alien relative is my
   ☑ Husband/Wife  ☐ Parent  ☐ Brother/Sister  ☐ Child
2. Are you related by adoption?  ☐ Yes  ☑ No
3. Did you gain permanent residence through adoption?  ☐ Yes  ☑ No

## B. Information about you

1. Name (Family name in CAPS) (First) (Middle)
   SINGH  Debra Ann
2. Address (Number and Street) (Apartment Number)
   9 Inwood Drive
   (Town or City) (State/Country) (ZIP/Postal Code)
   Bardonia, New York 10954
3. Place of Birth (Town or City)   (State/Country)
   New York                         USA
4. Date of Birth (Mo/Day/Yr)   5. Sex   6. Marital Status
   1-5-61                     ☐ Male  ☑ Married  ☐ Single
                              ☑ Female ☐ Widowed ☐ Divorced
7. Other Names Used (including maiden name)
   Totani- maiden name, Sevim- prior marriage
8. Date and Place of Present Marriage (if married)
   8-20-97 New City, New York
9. Social Security Number   10. Alien Registration Number (if any)
   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                N/A
11. Names of Prior Husbands/Wives   12. Date(s) Marriages(s) Ended
    Ramazan Sevim                    10-94

13. If you are a U.S. citizen, complete the following:
    My citizenship was acquired through (check one)
    ☑ Birth in the U.S.
    ☐ Naturalization (Give number of certificate, date and place it was issued)
    ☐ Parents
       Have you obtained a certificate of citizenship in your own name?
       ☐ Yes   ☐ No
    If "Yes", give number of certificate, date and place it was issued

4a. If you are a lawful permanent resident alien, complete the following:
    Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission:

4b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?  ☐ Yes  ☐ No

## C. Information about your alien relative

1. Name (Family name in CAPS) (First) (Middle)
   SINGH  Surinder
2. Address (Number and Street) (Apartment Number)
   9 Inwood Drive
   (Town or City) (State/Country) (ZIP/Postal Code)
   Bardonia, New York 10954
3. Place of Birth (Town or City)   (State/Country)
   Punjab                           India
4. Date of Birth (Mo/Day/Yr)   5. Sex   6. Marital Status
   7-19-65                    ☑ Male  ☑ Married  ☐ Single
                              ☐ Female ☐ Widowed ☐ Divorced
7. Other Names Used (including maiden name)
   None
8. Date and Place of Present Marriage (if married)
   8-20-97 New City, New York
9. Social Security Number   10. Alien Registration Number (if any)
   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                73 177 909
11. Names of Prior Husbands/Wives   12. Date(s) Marriages(s) Ended
    None

13. Has your relative ever been in the U.S.?
    ☑ Yes   ☐ No
14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)
    Without Inspection

Arrival/Departure Record (I-94) Number   Date arrived (Month/Day/Year)
|_|_|_|_|_|_|_|_|_|_|_|                   9-92

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95

15. Name and address of present employer (if any)
    Park Machine & Tool Company
    Kindermack Road, Park Ridge, New Jersey
    Date this employment began (Month/Day/Year)
    2-97

16. Has you relative ever been under immigration proceedings?
    ☑ Yes  ☐ No  Where_____  When_____
    ☐ Exclusion  ☑ Deportation  ☐ Recission  ☐ Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-130 (Rev. 4/11/91) Y

**C. (continued) Information about your alien relative**

6. List husband/wife and all children of your relative (if your relative is your husband/wife, list only his or her children).

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| None | | | |

7. Address in the United States where your relative intends to live

| (Number and Street) | (Town or City) | (State) |
|---|---|---|
| 9 Inwood Drive | Bardonia | New York |

8. Your relative's address abroad

| (Number and Street) | (Town or City) | (Province) | (Country) | (Phone Number) |
|---|---|---|---|---|
| Village Jai Singh Wala P.O.Badwala | Punjab | | India | |

9. If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:

| (Name) | (Number and Street) | (Town or City) | (Province) | (Country) |
|---|---|---|---|---|
| | | | | |

10. If filing for your husband/wife, give last address at which you both lived together:

| (Name) (Number and Street) | (Town or City) (Province) | (Country) | From (Month) (Year) | To (Month) (Year) |
|---|---|---|---|---|
| Surinder Singh  9 Inwood Drive | Bardonia | USA | 11-95 | Present |

11. Check the appropriate box below and give the information required for the box you checked:

☐ Your relative will apply for a visa abroad at the American Consulate in _____ (City) _____ (Country)

☑ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at New York (City) New York (State). If your relative is not eligible for adjustment of status, he or she will apply for a visa abroad at the American Consulate in _____ (City) India (Country).

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

**D. Other Information**

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

2. Have you ever filed a petition for this or any other alien before?   ☑ Yes   ☐ No
If "Yes," give name, place and date of filing, and result.

Ramazan Sevim- 1986- Granted

Warning: The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

Penalties: You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

Your Certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalizaton Service needs to determine eligibility for the benefit that I am seeking.

Signature: *Debra Anne Singh*   Date: 9/4/97   Phone Number: (914) 624-2702

Signature of Person Preparing Form if Other than Above
I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name: Thomas Sassone   (Address) 22 South Main Street, New City, NY 10956   (Signature) _____   (Date) 9/4/97

G-28 ID Number _____

Volag Number _____

## NOTICE TO PERSONS FILING FOR SPOUSES IF MARRIED LESS THAN TWO YEARS

Pursuant to section 216 of the Immigration and Nationality Act, your alien spouse may be granted conditional permanent resident status in the United States as of the date he or she is admitted or adjusted to conditional status by an officer of the Immigration and Naturalization Service. Both you and your conditional permanent resident spouse are required to file a petition, Form I-751, Joint Petition to Remove Conditional Basis of Alien's Permanent Resident Status, during the ninety day period immediately before the second anniversary of the date your alien spouse was granted conditional permanent residence.

Otherwise, the rights, privileges, responsibilities and duties which apply to all other permanent residents apply equally to a conditional permanent resident. A conditional permanent resident is not limited to the right to apply for naturalization, to file petitions in behalf of qualifying relatives, or to reside permanently in the United States as an immigrant in accordance with the immigration laws.

> **Failure to file Form I-751, Joint Petition to Remove the Conditional Basis of Alien's Permanent Resident Status, will result in termination of permanent residence status and initiation of deportation proceedings.**

NOTE: You must complete Items 1 through 6 to assure that petition approval is recorded. Do not write in the section below item 6.

---

1. Name of relative (Family name in CAPS) / (First) / (Middle)
SINGH / Surinder

2. Other names used by relative (Including maiden name)
None

3. Country of relative's birth: India
4. Date of relative's birth (Month/Day/Year): 07/19/65

5. Your name (Last name in CAPS) (First) (Middle)
SINGH Debra Ann
6. Your phone number: (914) 624-2702

Action Stamp

SECTION
- [ ] 201 (b)(spouse)
- [ ] 201 (b)(child)
- [ ] 201 (b)(parent)
- [ ] 203 (a)(1)
- [ ] 203 (a)(2)
- [ ] 203 (a)(4)
- [ ] 203 (a)(5)

DATE PETITION FILED

- [ ] STATESIDE
- CRITERIA GRANTED
- SENT TO CONSUL AT;

### CHECKLIST

Have you answered each question?
Have you signed the petition?
Have you enclosed:

- [✓] The filing fee for each petition?
- [✓] Proof of your citizenship or lawful permanent residence?
- [✓] All required supporting documents for each petition?

**If you are filing for your husband or wife have you included:**

- [✓] Your picture?
- [✓] His or her picture?
- [✓] Your G-325A?
- [✓] His or her G-325A?

Relative Petition Card
Form I-130A (Rev. 4/11/91) Y