UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
NEW YORK, NEW YORK

In the Matter of:

SINGH, SURINDER,

           Respondent.

In DEPORTATION Proceedings

File No.: A73-177-909

## MOTION TO REOPEN

    Respondent, Surinder Singh, by and through his attorneys, Mulgrew & Sassone, respectfully requests that the Immigration Judge reopen these deportation proceedings pursuant to 8 C.F.R. §§3.23(b) and 240.31 for the limited purpose of Respondent adjusting his status to that of Lawful Permanent Resident.

    **The Office of the District Counsel has reviewed Respondent's case and has agreed to join in respondent's motion to reopen** (See letter from Assistant District Counsel Susan Egan annexed hereto.).

    WHEREFORE, Respondent, through counsel, respectfully requests that the Immigration Judge reopen these deportation proceedings.

Dated: June 4, 2003

Respectfully submitted,

Mulgrew & Sassone

by: _____
Alexander S. Mulgrew
Attorneys for Respondent
22 South Main Street
New City, NY 10956
(845) 639-4664



U.S. Department of Homeland Security

---

Office of the District Counsel

26 Federal Plaza, Room 1130
New York, NY 10278
(212) 264-5916

15 May 2003

Mr. Andrew Mulgrew Esq.
22 South Main Street
New City, New York 10956

Re: Surinder SINGH  File No. A73 177 909

Dear Mr. Mulgrew,

    I am in receipt of your request to join in a motion to reopen, relating to the above named individual.

    I have carefully reviewed the facts and note that the above named is currently in voluntary departure status. Therefore, I will join in your motion.

Very truly yours,

Susan Egan
Asst. District Counsel

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
NEW YORK, NEW YORK

---

In the Matter of:

SINGH, SURINDER,

          Respondent.

In DEPORTATION Proceedings

File No.: A73-177-909

---

## AFFIRMATION IN SUPPORT

ALEXANDER S. MULGREW, an attorney duly admitted to practice before the courts of the State of New York, hereby affirms the following under penalty of perjury:

1.    Mr. Singh was placed into deportation proceedings on or about March 12, 1997. (See Exhibit B annexed hereto)

2.    On August 20, 1997 Mr. Singh married Debra Ann Totani, a United States citizen. (See Exhibit C annexed hereto) On September 12, 1997, as prospective relief from deportation, Mr. and Mrs. Singh filed a petition for alien relative and application to adjust status. (See Exhibit D annexed hereto).

3.    The Singhs were originally scheduled for an interview with the Non-immigrant Unit on June 3, 1998. Unfortunately, on June 2, 1998 Mrs. Singh was admitted to Nyack Hospital in Rockland County, New York due to complications with her pregnancy, and the Singh's were unable to attend their interview. (See Exhibit E annexed hereto) The Singh's daughter, Norma Lily, was born several months premature on June 4, 1998. (See Exhibit F annexed hereto). The Singh's attended their rescheduled interview on April 12, 1999.

4. On January 21, 2000 the District Director denied the petition for alien relative filed by Mrs. Singh. (See Exhibit G annexed hereto). Undersigned counsel filed an appeal of this decision on February 2, 2000. (See Exhibit H annexed hereto). At this point confusion arose and Mrs. Singh's notice of appeal was misplaced.

5. On February 2, 2000 Mr. Singh was forced by circumstances to accept a grant of voluntary departure until January 2, 2001. (See Exhibit I annexed hereto).

6. After much wrangling and additional confusion, including the filing of a second petition for alien relative and application to adjust status, this issue was resolved and on March 1, 2002 the Board of Immigration Appeals upheld Mrs. Singh's appeal. (See Exhibit J annexed hereto).

7. During the pendency of these proceedings Mr. Singh has filed several requests for an extension of the grant of voluntary departure. The District Director granted the most recent request on December 11, 2002 extending Mr. Singh's voluntary departure until ~~June 20~~ July 2-1, 2003. (See Exhibit K annexed hereto).

8. Based upon the foregoing, and in light of the fact that the Service has joined this motion to reopen, Respondent respectfully requests that this Court reopen his deportation proceedings so that they may then be terminated for the limited purpose of adjudication of his application to adjust status.

Affirmed:   New City, New York
            June 4, 2003

ALEXANDER S. MULGREW

**EXHIBIT A**



**U. S. Department of Justice**
**Immigration and Naturalization Service**

## PRESENT THIS LETTER AT THE WORTH STREET ENTRANCE

---

Surinder SINGH

9 Inwood Drive

Bardonia, NY 10954

File Number: A29747318

Date: 10/17/2002

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | | | |
|---|---|---|---|
| OFFICE LOCATION | 26 FEDERAL PLAZA<br>NEW YORK, NY 10278 | Room No.<br>8-800 | Floor No.<br>8TH |
| DATE AND HOUR | | 01/29/2003 | 9:30:00 AM |
| ASK FOR | IMMIGRATION EXAMINER | | |
| REASON FOR APPOINTMENT | ADJUSTMENT OF STATUS | | |
| BRING WITH YOU | SEE ATTACHMENTS | | |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU. IF YOU ARE UNABLE TO DO SO, STATE YOUR REASON, SIGN BELOW AND RETURN THIS LETTER.**

WARNING:
   IF YOU CONSIDER DEPARTING FROM THE UNITED STATES TO ANY COUNTRY, INCLUDING CANADA OR MEXICO, BEFORE A DECISION IS MADE ON YOUR APPLICATION, CONSULT WITH THIS OFFICE BEFORE DEPARTURE SINCE A DEPARTURE FROM THE UNITED STATES WILL RESULT IN TERMINATION OF YOUR APPLICATION.

| I am unable to keep the appointment because: | |
|---|---|
| | |
| SIGNATURE | DATE |

Attorney Name:     Seskin & Sassone
Attorney Address:  22 South Main Street
                   New City, NY 10956-

Very truly yours,

EDWARD J. MCELROY
District Director

*Fingerprint appointment forward to applicant.

**EXHIBIT B**

U.S. Department of Justice
Immigration and Naturalization Ser.

to Show Cause and Notice of Hearing

## ORDER TO SHOW CAUSE AND NOTICE OF HEARING
(ORDEN DE PRESENTAR MOTIVOS JUSTIFICANTES Y AVISO DE AUDIENCIA)

In Deportation Proceedings under section 242 of the Immigration and Nationality Act.
(En los procedimientos de deportación a tenor de la sección 242 de la Ley de Inmigración y Nacionalidad.)

United States of America:                         File No.         A-73 177 909
(Estados Unidos de América:)                     (No. de registro)

                                                  Dated            MAR 12 1997
                                                  (Fechada)

In the matter of           SINGH, SURINDER                                   (Respondent)
(En el asunto de)                                                            (Demandado)

Address                    9 INWOOD DR.
(Dirección)
                           BARDONIA, NY 10954-0000

Telephone No.(Area Code)   000-000-0000
(Num. de teléfono y código de àrea)

Upon inquiry conducted by the Immigration and Naturalization Service, it is alleged that:
(Según las indagaciones realizadas por el Servicio de Inmigración y Naturalización, se alega que:)

1) You are not a citizen or national of the United States;
   (Ud. no es ciudadano o nacional de los Estados Unidos)

2) You are a native of   INDIA                              and a citizen of  INDIA                   ;
   (Ud. es nativo de)                                       (y ciudadano de)

3) You entered the United States at or near ~~an unknown point along the Mexican border~~ Ft. Lauderdale FL.  on or about  September 9, 1992 ;
   (Ud. entró a los Estados Unidos en o cerca del un lungar no especificado por la frontera con Mexican el día o hacia esa fecha 9 de Septiembre 1992;)

4) You were not then inspected by an immigration officer.
   (Ud. no fue inspeccionado entonces por un funcionario de inmigración)

Form I-221 (Rev. 6/12/92) N                                                          Page 1

Naturalization Service ...er ...how Cause and Notice of Hearing

Continuation Sheet
(Hoja complementaria)

Dated (Fechada)    MAR 12 1997

spondent    SINGH, SURINDER
mandado)

File No.    A-73 177 909
(No. de registro)

D on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s)
aw:
según los alegatos anteriores, se le acusa de estar sujeto a deportación de acuerdo con la(s) siguiente(s) disposicion(es) de la ley:)

ion 241 (a) (1) (B) of the Immigration and Nationality Act (Act), as amended, in that you entered the United States without
ection.
ción 241 (a) (1) (B) de la Ley de Inmigración y Nacionalidad (INA), según enmendada, en que Ud. entró a los Estados Unidos sin
cción)

REFORE, YOU ARE ORDERED to appear for a hearing before an Immigration Judge of the Executive Office for
gration Review of the United States Department of Justice at:
LO CUAL, SE LE ORDENA comparecer ante un juez de inmigración de la Oficina Ejecutiva de Revisión de Inmigración del
tamento de Justicia de los Estados Unidos en:)

Address    26 FEDERAL PLAZA ROOM 1000  10th Fl.
NEW YORK, NY 10278-0000
(Dirección)

On    September 3, 1997    At    9:00 AM
(Fecha)    3 de septiembre 1997    (Hora)

ow cause why you should not be deported from the United States on the charge(s) set forth above.
rar motivos justificantes por cual no debería ser deportado de los Estados Unidos por los cargos expresados anteriormente.)

MAR 12 1997    Signature of Issuing Officer    Patricia A Jackson
da)    (Firma del funcionario que la expide)

d State of Issuance ROSEDALE, NY    Title of Issuing Officer    Supervisory Asylum Officer
d y Estado donde se expide)    (Título del funcionario que la expide)

21 (Rev. 6/12/92) N

Page 3

Show Cause ... filed with the Judge of the ... Office for ... Review at the address provided below. ... report any changes of your address or ... one number in writing to this office: | Debe prese... e-ta Orden de Presentar Motivos Justificantes a la ...icina Ejecutiva de Revisión de Inmigración en la siguiente dirección. Debe notificar cualquier cambio de su domicilio o número de teléfono por escrito a:

> The Office of the Immigration Judge
> 26 FEDERAL PLAZA ROOM 1000
> NEW YORK, NY 10278-0000

## Certificate of Translation and Oral Notice

This Order to Show Cause [ ] was [X] was not read to the named alien in the ENGLISH language, which is his/her native language, which he/she understands.

Date _____ Signature _____ Printed Name and Title of Translator _____

Address of Translator (if other than INS employee) or office location and division (if INS employee) _____

(If oral notice was not provided please explain) _____

## Manner of Service

[✓] Personal Service to Alien
[ ] Certified Mail - Return Receipt Requested
　　[ ] Alien
　　[ ] Counsel of Record

Alien's Right Thumb Print

## Certificate of Service

his Order to Show Cause was served by me at ROSEDALE, NY on 3-27 19 97

ficer's Signature: [signature] Doretha Wynter
Printed Name: DORETHA WYNTER
Title: CONTACT REPRESENTATIVE (INS)
Office: NEW YORK ASYLUM OFFICE (ZNY)

en's Signature (acknowledgment/receipt of this form): Surinder Singh.
rma de extranjero/acuse de recibo)

## Request for Prompt Hearing and Waiver of 14-Day Minimum Period
### (Solicitud de audiencia inmediata y renuncia al plazo minimo de 14 dias)

xpedite determination of my case, I request an immediate hearing, and waive my right to the 14 day notice.
ra agilizar la decisión sobre mi caso, solicito una audiencia inmediata y renuncio a mi derecho a un plazo mínimo de 14 días.)

ature of Respondent _____     Date _____
na del demandado)               (Fecha)

I-221 (Rev. 6/12/92) N

Page 5

**EXHIBIT C**

## New York State Department of Health
## Certificate of Marriage Registration

District Name **TOWN OF CLARKSTOWN**
District No. **4350**
Local Register No. **423**

*This is to certify that the persons identified below were married on the date and at the place specified as shown by the duly registered license and certificate of marriage on file in this office*

**Groom** Name _____ **SURINDER SINGH** _____
First    Middle    Premarriage Surname

New Surname (if applicable) _____  [X] Check box if same as premarriage surname.

Residing at **BARDONIA, CLARKSTOWN, ROCKLAND COUNTY, NY 10954**

Date of Birth **07/19/1965**    Place of Birth **JAI SINGH WALA, INDIA**
Month Day Year    City, Town or Village/State or Country

**Bride** Name ____ **DEBRA ANN SEVIM** ____ **TOTANI**
First    Middle    Premarriage Surname    Maiden Name (if different from premarriage surname)

New Surname (if applicable) **SINGH**    [ ] Check box if same as premarriage surname.

Residing at **BARDONIA, CLARKSTOWN, ROCKLAND COUNTY, NY 10954**

Date of Birth **01/05/1961**    Place of Birth **NEW YORK, NEW YORK**
Month Day Year    City, Town or Village/State or Country

Date of Marriage **08/20/1997**    Place of Marriage **CLARKSTOWN** , NEW YORK
Month Day Year    City, Town or Village

Town or City Clerk ▶ *Patricia Sheridan*  **08/22/1997**
PATRICIA SHERIDAN    Month Day Year

[SEAL - ROCKLAND COUNTY]

**Any Alteration Invalidates This Certificate**
Issued Pursuant to Section 14-a, Domestic Relations Law

DOH-130 (10/92)

**EXHIBIT D**

```
         U.S.I.N.S.
         FEE RECEIPT                              U.S.I.N.S.
      A CENTURY OF SERVICE                        FEE RECEIPT
                                               A CENTURY OF SERVICE
   09/12/97          N.Y.C.
                                               09/12/97          N.Y.C.
   073177909*#
   SINGH S. #                                   073177909*#
   I 485          ₦ 130.00                      SINGH S. #
    SUPP A        ₦ 1000.00                     I 130           ₦ 80.00
   I 765         ₦ 70.00                        SUBTTL             80.00
   SUBTTL         1200.00                       TTLAMT          80.00
   TTLAMT      1200.00                          PC                 80.00
   PC               70.00                       CHANGE              0.00
   PC              130.00
   PC             1000.00                                       1 ITEMS
   CHANGE            0.00
                                                0041005         10:58
                      3 ITEMS

      0042005        11:00
```

**EXHIBIT E**



# PERINATAL, GYNECOLOGICAL ASSOCIATES

Alex A.T. Boafo, MD / John F.J. Clark, MD / Spencer I. Ross, MD / Franklin A. Ayew, MD

June 03, 1998

To Whom It May Concern:
RE: Debra Singh

This is to certify that Ms. Singh was admitted to Nyack Hospital on June 02, 1998 at 11:30pm. Due to her condition Ms. Singh and her husband were unable to make their appointment.

If you have any questions please do not hesitate to call us at (914)353-5752.

Thank you,

Spencer I Ross MD
John F Clark MD

169 Main Street / Nyack, New York 10960 / Telephone: (914) 353-5752

**EXHIBIT F**

FILE

not accept this copy unless the raised seal of the Village of Nyack is affixed.
ACK, NEW YORK COUNTY OF ROCKLAND               DATED: June 29, 1998

| Recorded District | New York State Department of Health | | State File Number |
|---|---|---|---|
| 4324 | **CERTIFICATE OF LIVE BIRTH** | | |
| Register Number | | | |
| 783 | | | |

**INFANT**
- 1A. Name: First: Norma  Middle: Lily  Last: Singh
- 1B. Medical Record No.: 750444
- 2A. Date of Birth: June 4, 1998
- 2B. Hour: 08:45AM
- 3. Sex: Female
- 4A. Birth is: Single
- 4B. If Not Single, Birth is:
- 5. Place of Birth: Hospital
- 6A. Facility Name: Nyack Hospital
- 6B. Locality: Village of Nyack
- 6C. County of Birth: Rockland

**MOTHER**
- 7A. Maiden Name: First: Debra  Middle: Ann  Last: Totani
- 7B. Date of Birth: 01/05/1961
- 7C. City and State of Birth (Country if not U.S.A.): New York, NY
- 7D. Social Security No.: 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
- 8A. Residence, State: New York
- 8B. County: Rockland
- 8C. Locality: Town of Clarkstown (Bardonia)
- 8D. If City or Village, is Residence Within City or Village Limits? (If no, specify town)
- 8E. Street and Number of Residence: 9 Inwood Dr
- 8F. Zip Code: 10954
- 8G. Mailing Address: 9 Inwood Dr, Bardonia, NY
- 8H. Zip Code: 10954
- 8I. Medical Record No.: 502277

**FATHER**
- 9A. Name: First: Surinder  Middle:  Last: Singh
- 9B. Date of Birth: 07/19/1965
- 9C. City and State of Birth (Country if not U.S.A.): India
- 9D. Social Security No.: 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

**ATTENDANT**
- 10A. I certify that the stated information concerning this child is true to the best of my knowledge and belief.
- Signature: Efren Olivo
- 10B. Date Signed: JUNE 29 96
- 10C. Name of Certifier, If not Attendant: Spencer L. Ross
- 10D. Attendant's Name: First: Efren  Middle:  Last: Olivo
- Title: M.D.
- 10E. License Number: 091115
- 10F. Attendant's Mailing Address: 521 Route 304, Bardonia, NY
- 10G. Zip Code: 10954
- 11A. Signature of the Registrar: Berta Campbell
- 11B. Date Filed: 06 29 98

1963E (3/94)

This is to certify that the foregoing is a true copy(photocopy)
of a record on file in the Office of the Registrar of Vital
Statistics of the Village of Nyack, New York, County of Rockland.

Berta A. Campbell, Registrar

**EXHIBIT G**