U.S. Department of Justice
Immigration and Naturalization Service

# ORDER TO SHOW CAUSE AND NOTICE OF HEARING
## (ORDEN DE PRESENTAR MOTIVOS JUSTIFICANTES Y AVISO DE AUDIENCIA)

In Deportation Proceedings under section 242 of the Immigration and Nationality Act.
(En los procedimientos de deportación a tenor de la sección 242 de la Ley de Inmigración y Nacionalidad.)

United States of America:                          File No.          A-73 177 909
(Estados Unidos de América:)                       (No. de registro)

                                                   Dated             MAR 12 1997
                                                   (Fechada)

In the matter of            SINGH, SURINDER                              (Respondent)
(En el asunto de)                                                        (Demandado)

Address                     9 INWOOD DR.
(Dirección)
                            BARDONIA, NY 10954-0000

Telephone No.(Area Code)    000-000-0000
(Num. de teléfono y código de àrea)

Upon inquiry conducted by the Immigration and Naturalization Service, it is alleged that:
(Según las indagaciones realizadas por el Servicio de Inmigración y Naturalización, se alega que:)

1)    You are not a citizen or national of the United States;
      (Ud. no es ciudadano o nacional de los Estados Unidos)

2)    You are a native of  INDIA                        and a citizen of  INDIA              ;
      (Ud. es nativo de)                                (y ciudadano de)

3)    You entered the United States at or near ~~an unknown point along the Mexican border~~ Ft. Lauderdale FL. on or about  September 9, 1992  ;
      (Ud. entró a los Estados Unidos en o cerca del un lungar no especificado por la frontera con Mexican el día o hacia esa fecha 9 de
      Septiembre 1992;)

4)    You were not then inspected by an immigration officer.
      (Ud. no fue inspeccionado entonces por un funcionario de inmigración)

Form I-221 (Rev. 6/12/92) N                                                         Page 1

Continuation Sheet
(Hoja complementaria)

Dated         MAR 1 2 1997
(Fechada)

spondent    SINGH, SURINDER
emandado)

File No.    A-73 177 909
(No. de registro)

D on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s)
aw:

según los alegatos anteriores, se le acusa de estar sujeto a deportación de acuerdo con la(s) siguiente(s) disposicion(es) de la ley:)

ion 241 (a) (1) (B) of the Immigration and Nationality Act (Act), as amended, in that you entered the United States without
ection.

ción 241 (a) (1) (B) de la Ley de Inmigración y Nacionalidad (INA), según enmendada, en que Ud. entró a los Estados Unidos sin
ección)

REFORE, YOU ARE ORDERED to appear for a hearing before an Immigration Judge of the Executive Office for
gration Review of the United States Department of Justice at:
LO CUAL, SE LE ORDENA comparecer ante un juez de inmigración de la Oficina Ejecutiva de Revisión de Inmigración del
artamento de Justicia de los Estados Unidos en:)

                26 FEDERAL PLAZA  ROOM 1000   10m 51.
Address  NEW YORK, NY 10278-0000
(Dirección)
On        September 3, 1997              At      9:00 AM
(Fecha)   3 de Septiembre 1997     (Hora)   11   11

ow cause why you should not be deported from the United States on the charge(s) set forth above.

strar motivos justificantes por cual no debería ser deportado de los Estados Unidos por los cargos expresados anteriormente.)

     MAR 1 2 1997                    Signature of Issuing Officer  Patricia O Jackson
da)                                  (Firma del funcionario que la expide)

d State of Issuance  ROSEDALE, NY    Title of Issuing Officer ___ Supervisory Asylum Officer
d y Estado donde se expide)          (Título del funcionario que la expide)

21 (Rev. 6/12/92) N

Show Cause shall be filed with the
Judge or ... at the ... Office
... Review at the address provided below.
... report any changes of your address or
...one number in writing to this office:

Debe presen... ...ota Orden de Presentar Motivos
Justificantes ... la ...icina Ejecutiva de Revisión de
Inmigración en la siguiente dirección. Debe notificar
cualquier cambio de su domicilio o número de teléfono
por escrito a:

### The Office of the Immigration Judge

26 FEDERAL PLAZA  ROOM 1000

NEW YORK, NY 10278-0000

## Certificate of Translation and Oral Notice

This Order to Show Cause [ ] was  [X] was not  read to the named alien in the  ENGLISH  language,
which is his/her native language, which he/she understands.

...ate _____   Signature _____   Printed Name and Title of Translator _____

...ddress of Translator (if other than INS employee) or office location and division (if INS employee)

...f oral notice was not provided please explain)

| Manner of Service | Alien's Right Thumb Print |
|---|---|
| [✓] Personal Service to Alien | |
| [ ] Certified Mail - Return Receipt Requested | |
|     [ ] Alien | |
|     [ ] Counsel of Record | |

### Certificate of Service

...is Order to Show Cause was served by me at ____ .m.   ROSEDALE, NY   on 3-27 19 97

_Dortha Wynter_ (signature)

**DORETHA WYNTER**
**CONTACT REPRESENTATIVE (INS)**
**NEW YORK ASYLUM OFFICE (ZNY)**

...ficer's Signature          Printed Name          Title          Office

_Surinder Singh._ (signature)

...en's Signature (acknowledgment/receipt of this form)
...rma de extranjero/acuse de recibo)

### Request for Prompt Hearing and Waiver of 14-Day Minimum Period
### (Solicitud de audiencia inmediata y renuncia al plazo minimo de 14 dias)

...xpedite determination of my case, I request an immediate hearing, and waive my right to the 14 day notice.
...ra agilizar la decisión sobre mi caso, solicito una audiencia inmediata y renuncio a mi derecho a un plazo mínimo de 14 días.)

...nature of Respondent _____   Date _____
...na del demandado)                 (Fecha)

I-221 (Rev. 6/12/92) N

**EXHIBIT C**




District Name **TOWN OF CLARKSTOWN**

New York State Department of Health

District No. _____ 4350

# Certificate of Marriage Registration

Local Register No. _____ 423

*This is to certify that the persons identified below were married on the date and at the place specified as shown by the duly registered license and certificate of marriage on file in this office*

**Groom**  Name _____ SURINDER SINGH _____

First          Middle          Premarriage Surname

[X] Check box if same as premarriage surname.

New Surname (if applicable) _____

Residing at _____ BARDONIA, CLARKSTOWN, ROCKLAND COUNTY, NY 10954 _____

Date of Birth 07/19/1965    Place of Birth JAI SINGH WALA, INDIA

Month  Day  Year                    City, Town or Village/State or Country

**Bride**  Name _____ DEBRA ANN SEVIM _____ TOTANI

First    Middle    Premarriage Surname    Maiden Name (if different from premarriage surname)

_____ SINGH _____  [ ] Check box if same as premarriage surname.

New Surname (if applicable)

Residing at _____ BARDONIA, CLARKSTOWN, ROCKLAND COUNTY, NY 10954 _____

Date of Birth 01/05/1961    Place of Birth NEW YORK, NEW YORK

Month  Day  Year                    City, Town or Village/State or Country

Date of Marriage 08/20/1997    Place of Marriage CLARKSTOWN _____, NEW YORK

Month  Day  Year                    City, Town or Village



Town or City Clerk ►  *Patricia Sheridan*  08/22/1997

PATRICIA SHERIDAN    Month  Day  Year

**Any Alteration Invalidates This Certificate**
**Issued Pursuant to Section 14-a, Domestic Relations Law**

DOH-130 (10/92)



**EXHIBIT D**

```
      U.S.I.N.S.
      FEE RECEIPT
   A CENTURY OF SERVICE

    09/12/97        N.Y.C.

    073177909*#
    SINGH S. #
    I 485          ¥ 130.00
    SUPP A         ¥ 1000.00
    I 765          ¥ 70.00
    SUBTTL          1200.00
    TTLAMT       1200.00
    PC               70.00
    PC              130.00
    PC             1000.00
    CHANGE            0.00

              3  ITEMS

    0042 005      11:00
```

```
      U.S.I.N.S.
      FEE RECEIPT
   A CENTURY OF SERVICE

    09/12/97        N.Y.C.

    073177909*#
    SINGH S. #
    I 130          ¥ 80.00
    SUBTTL           80.00
    TTLAMT         80.00
    PC               80.00
    CHANGE            0.00

              1  ITEMS

    0041 005      10:58
```

**EXHIBIT E**

# PERINATAL, GYNECOLOGICAL ASSOCIATES

Alex A.T. Boafo, MD  /  John F.J. Clark, MD  /  Spencer I. Ross, MD  /  Franklin A. Ayew, MD

June 03, 1998

To Whom It May Concern:
RE: Debra Singh

This is to certify that Ms. Singh was admitted to Nyack Hospital on June 02, 1998 at 11:30pm.  Due to her condition Ms. Singh and her husband were unable to make their appointment.

If you have any questions please do not hesitate to call us at (914)353-5752.

Thank you,

Spencer I Ross MD
John F Clark MD

**EXHIBIT F**

# FILE

not accept this copy unless the raised seal of the Village of Nyack is affixed.
ACK, NEW YORK COUNTY OF ROCKLAND                    DATED:   June 29, 1998

| Recorded District | | New York State Department of Health | | State File Number |
|---|---|---|---|---|
| 4324 | | **CERTIFICATE OF LIVE BIRTH** | | |
| Register Number | | | | |
| 783 | | | | |

**INFANT**

| 1A. Name: First | Middle | Last | 1B. Medical Record No.: | 2A. Date of Birth: | 2B. Hour |
|---|---|---|---|---|---|
| Norma | Lily | Singh | 750444 | June 4, 1998 | 08:45AM |

| 3. Sex: | 4A. Birth is: | 4B. If Not Single, Birth is: | 5. Place of Birth: |
|---|---|---|---|
| Female | Single | | Hospital |

| 6A. Facility Name: | 6B. Locality: | 6C. County of Birth: |
|---|---|---|
| Nyack Hospital | Village of Nyack | Rockland |

**MOTHER**

| 7A. Maiden Name: First | Middle | Last | 7B. Date of Birth: | 7C. City and State of Birth: (Country if not U.S.A.) | 7D. Social Security |
|---|---|---|---|---|---|
| Debra | Ann | Totani | 01/05/1961 | New York, NY | 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 |

| 8A. Residence, State: | 8B. County: | 8C. Locality: | 8D. If City or Village, Residence Within City or Village Limits? (If no, specify town) |
|---|---|---|---|
| New York | Rockland | Town of Clarkstown (Bardonia) | |

| 8E. Street and Number of Residence: | 8F. Zip Code: |
|---|---|
| 9 Inwood Dr | 10954 |

| 8G. Mailing Address: | 8H. Zip Code: | 8I. Medical Record No.: |
|---|---|---|
| 9 Inwood Dr Bardonia, NY | 10954 | 508277 |

**FATHER**

| 9A. Name: First | Middle | Last | 9B. Date of Birth: | 9C. City and State of Birth: (Country if not U.S.A.) | 9D. Social Security No.: |
|---|---|---|---|---|---|
| Surinder | | Singh | 07/19/1965 | India | 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 |

**ATTENDANT**

10A. I certify that the stated information concerning this child is true to the best of my knowledge and belief.

| Signature ▶ Efren Olivo | 10B. Date Signed: Month Day Year | 10C. Name of Certifier, if not Attendant: |
|---|---|---|
| | JUNE 29 98 | Spencer L. Ross |

| 10D. Attendant's Name: First | Middle | Last | Title: | 10E. License Number: |
|---|---|---|---|---|
| Efren Olivo | | | M.D. | 091115 |

| 10F. Attendant's Mailing Address: | 10G. Zip Code: |
|---|---|
| 521 Route 304 Bardonia, NY | 10954 |

| 11A. Signature of the Registrar: Berta Campbell | 11B. Date Filed: Month Day Year | 11C. Information Added or Amended: By: Reason: | 11D. Date Amended: Month Day Year |
|---|---|---|---|
| | 06 29 98 | | |

1963E (3/94)

This is to certify that the foregoing is a true copy(photocopy)
of a record on file in the Office of the Registrar of Vital
Statistics of the Village of Nyack, New York, County of Rockland.

_Berta Campbell_
Berta A. Campbell, Registrar

**EXHIBIT G**