UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SURINDER SINGH
**Plaintiff**

-v-

EMILIO GONZALEZ, et al

**Defendant**

Case No. 07 CIV. 6178

**Rule 7.1 Statement**

FILED
U.S. DISTRICT COURT
S.D. OF N.Y. W.P.
2007 JUL -2  P 3:32

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __plaintiff__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 7/2/07

_____
**Signature of Attorney**

Attorney Bar Code:

Form Rule7_1.pdf

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: