UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
. . . . . . . . . . . . . . . . .x
SURINDER SINGH,                    :
                                   :   **ECF CASE**
          Plaintiff,               :
                                   :   No. 07 Civ. 6178 (SCR)
             v.                    :
                                   :   NOTICE OF APPEARANCE
GONZALEZ, ET AL,                   :
                                   :
          Defendants.              :
. . . . . . . . . . . . . . . . .x


TO:  Clerk of Court
     United States District Court
     Southern District of New York

     The undersigned attorney respectfully requests the Clerk to

note her appearance in this case and to add her as a Filing User to

whom Notices of Electronic Filing will be transmitted in this case.



Date:  New York, New York
       July 24, 2007

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York


                         By:  _____
                              WENDY H. WASZMER
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Telephone: (212) 637-2729
                              Facsimile: (212) 637-2717


TO:  Martin Schnee, Esq.
     83 South Main Street
     New City, NY 10977