```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
. . . . . . . . . . . . . . . . . .x
SURINDER SINGH,                     :
                                    :   ECF CASE
         Plaintiff,                 :
                                    :   No. 07 Civ. 6178 (SCR)
              v.                    :
                                    :   NOTICE OF APPEARANCE
GONZALEZ, ET AL,                    :
                                    :
         Defendants.                :
. . . . . . . . . . . . . . . . . .x
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       July 24, 2007

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York


                                 By:_____/S/_____
                                        WENDY H. WASZMER
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2729
                                        Facsimile: (212) 637-2717


TO:   Martin Schnee, Esq.
      83 South Main Street
      New City, NY 10977